| DIST/OFFICE | DOCKET YR. NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | R 23 | $ | DEMAND OTHER | JUDGE NUMBER | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 425  2 | 76  0703 CH | 12  08  76 | 3 | 442 | 1 | X |  | X | 8 | P | 76  0703 CH |

### PLAINTIFFS
TAYLOR, GERALD, CRAWFORD, LEE, BUSH, MICHAEL and McGHEE, CLAYFORD on behalf of themselves and all persons similarly situated

### DEFENDANTS
UNION CARBIDE CORPORATION

SCANNED

CONSOLIDATED WITH CA 78-2010

AND CA 79-2429

### CAUSE
42 USC 1981 and 42 USC 2000e et seq. ; allege discrimination in employment because of race; akks for compensatory damages and injunctive relief

### COUNSEL

**Plaintiffs**

~~Julian R. Birnbaum~~
Gail Falk
APPALACHIAN RESEARCH AND DEFENSE FUND
1116-B Kanawha Boulevard, East
Charleston, West Virginia

~~Theodore R. Dues, Jr.~~
~~DUES, TYREE & HICKS~~
~~#2 Hale Street~~
~~Charleston, West Virginia  25301~~

Belinda S. Morton
120 South Court Street
Fayetteville, West Virginia  25840

Emily A. Spieler
Post Office Box 409
Charleston, West Virginia  25322

Robert S. Baker
ADLER & BAKER
Post Office Box 964
Beckley, West Virginia  25801
Tel:  304/252-2933

**Defendant**

Roger Wolfe
JACKSON, KELLY, HOLT & O'FARRELL
Post Office Box 553
Charleston, West Virginia  25322

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID ||| STATISTICAL CARDS ||
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 12-08-76 | #77793 | #6 | JS-5 | |
| | | 649 notice of appeal | 980484 | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET          DC-111 (Rev. 1/7_)

| DATE 1976 | NR. | PROCEEDINGS | |
|---|---|---|---|
| Dec. 8 | 1 | FILED: Complaint; issued Sum. & 2 copies (Ret. 30 days) | |
| Dec 21 | 2 | FILED: US Marshal's return | |
| 1977 Jan 17 | 3 | FILED: Answer | |
| May 23 | | FILED: Praecipe; issued 5 sets Subpoena Duces Tecum | |
| Aug 22 | | FILED: Praecipe; issued deposition spa behlf pltff retnbl 9/2/77 @ 9:00 | |
| 1977 Sep 14 | 4 | FILED: Defdt's interrogatories to pltffs | |
| Sep 27 | 5 | ORDER: Status conference, etc. | Copenhaver |
| Nov 1 | 6 | ORDER: Pltffs respond to defdt's 1st interrogatories & defdt shall respond to pltffs' 1st interrogatories on or before XXXXXXXX 11/30/77<br>CC to Ed Hill | |
| Nov 30 | | FILED: Praecipe; 1 set deposition spas in blank behlf defdt | |
| Nov 30 | 7 | FILED: Defdt's notice to take deposition of Howard D. Kenney | |
| Nov 30 | 8 | FILED: Second order extending time to answer interrogatories to 12/15/77<br>2 CC to Jackson, Kelly, Holt & O'Farrell | |
| Dec 7 | 9 | FILED: Deponent Howard D. Kenney's motion for limitation of discovery and protentive order | |
| Dec 14 | 10 | FILED: Defdt's answers to pltffs' first interrogatories with with exhibits to answers to interrogatores | |
| Dec 15 | 11 | FILED: Pltff's response to XXXXXXXX defdt's interrogatories | |
| 1978 Jan 11 | 12X | RECEIVED: Defdt's response and memo in opposition to Kenney's "motion for limitation of discovery and protectioon order" | |
| Jan 12 | 12 | FILED: Defdt's notice of motion and motion to extnd time for discovery relating to class determination | |
| Jan 18 | 13 | ORDER: Consolidatong action with CA 78-2010 by order entered hereon<br>CC to counsel of record | Copenhaver |
| Jan 24 | 14 | ORDER: that class-re;ated discovery be completed by 3/1/78<br>CC to counsel of record | Copenhavder |
| Feb 3 | 15 | FILED: Defdt's answer to Marshall Hairston's complaint | |
| Feb 3 | 16 | FILED: Defdt's interrogatories to pltff Marshall Hairston, XXXXXXX re merits of case | |
| Feb 6 | 17 | FILED: Pltff Lee Crawford's response to defdt's interrogs | |
| Feb 6 | 18 | FILED: Pltff Michael Bush's response to defdt's interrogs | |
| Feb 7 | 1X | RECEIVED: Memorandum in support of motion for limitation of discovery and protective order | |
| Feb 13 | 19 | FILED: Pltff McGhee's response to defdt's interrogatories | |
| Mar 6 | 20 | ORDER: Extndg time for discovery relating to class determination until 5/1/78<br>CC to counsel of reoord | Copenhaver |
| Mar 31 | 21 | FILED: Pltff Hairston's response to defdt's interrogatories | |

| CIVIL DOCKET CONTINUATION SHEET | | | FPI-MI—3-14-75-50M-3511 |
|---|---|---|---|
| PLAINTIFF<br>GERALD TAYLOR, et al | | DEFENDANT<br>UNION CARBIDE | DOCKET NO. 76-0703CH<br>PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1978<br>Mar 8 | 21 | ORDER: Hrng on motion for limitation of discovdry<br>CC to counsel  incl that of deponet | |
| Mar 13 | 22 | ORDER; Hrng on deponet's motion to quash  3/21/78 @ 3:00<br>CC to counsel of record | Copenhaver |
| Mar 22 | XX | RECEIVED: Depositon of Lee Crawford | |
| Mar 21 | | FILED: Courtreporter's shorthand notes of 3/21/77  (Bratton) | |
| Mar 30 | 23 | ORDER: Re disclosure by WV Human Rights Commission<br>CC to Ed Hill | Copenhaver |
| Mar 31 | 24 | FILED: Pltff Hairston's response to defdt's interrogatories | |
| Apr 28 | | RECEIVED: Discovery deposition of Gerald Taylor | |
| Apr 28 | | RECEIVED: Discovery deposition of Clayford James McGhee | |
| Apr 28 | | RECEIVED: Discovery deposition of Michael Jerome Bush in two volumes | |
| Apr 28n | | RECEIVED: Discovery deposition of Marshall Glenn Hairston | |
| May 3 | | RECEIVED: Deposition of Lee Crawford | |
| Jun 28 | 25 | FILED: WV Human Rights Comm response to order and renewal of motion for<br>limitation of discovery and protective order | |
| Aug 24 | 26 | FILED: Pltffs' mtn for leave to amend complaint as to 76-0703 | |
| Aug 24 | 27 | FILED: Pltff's mtn for leave to amend complaint as to 78-2010 | |
| Aug 24 | 28 | FILED: Notice of appearance of pltffs' counsel, Robert S. Baker, Theodore Dues<br>and DKathleen Strasbaugh | |
| Aug 25 | 29 | FILED: Pltffs' mtn for certification of class | |
| Aug 24 | | RECEIVED: Pltffs' memo in support thereof | |
| Aug 24 | 30 | FILED: Certificate of service | |
| XXXX<br>Nov 28 | 31 | FILED: Notice of appearance of Kathleen Strausbaugh, pltffs' counsel | |
| Dec 19 | 32 | FILED: Pltffs' mtn for resumption of briefing schedule and for hrng on pltff's<br>mtn to amend complaint | |
| 1979<br>Jan 2 | 33 | FILED: Pltff's 1st interrogs | |
| Feb 14 | 34 | FILED: Notice of mtn to intervene with mtn to intervene of John Carl Overstreet<br>and proposed complaint of intervenor | |
| Feb 14 | 35 | FILED: Pltffs' notice of hrng to amend complaints previously filed | |
| Feb 14 | 36 | ORDER: Hrng on class certification 4/10/79 @ 9:30 etc.<br>CC to K. Strausbaugh     SEE PAGE THREE (3) | Copenhaver |

DC-111A

CIVIL DOCKET CONTINUATION SHEET — FPI-MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-703CH |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | PAGE 23 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1979** | | |
| Feb 21 | 37 | FILED: Certificate of service of pltffs' depositions |
| Mar 6 | 38 | ORDER: Making transcripts/part of record for class dermination purposes   Copenhaver |
| Mar 6 | 39 | FILED: Pltff's deposition of Lee Crawford |
| Mar 6 | 40 | FILED: Pltff's deposition of Lee Crawford |
| Mar 6 | 41 | FILED: Pltff's deposition of Gerald Taylor |
| Mar 6 | 42 | FILED: Pltff's deposition of Michael Jerome Bush, volume 1 |
| Mar 6 | 43 | FILED: Pltff's deposition of Michael Jerome Bush, volume II |
| Mar 6 | 44 | FILED: Pltff's deposition of Marshall Glenn Hairston |
| Mar 6 | 45 | FILED: Pltff's deposition of Clayford James McGhee |
| Mar 23 | 46 | FILED: Pltff's notice of mtn with mtn to strike |
| Mar 23 | | RECEIVED: Pltff's memo in suppprt thereof |
| Apr 2 | | RECEIVED: Reply brief in support of class certification |
| Apr 10 | 47 | FILED: Corrected mtn for leave to amend complaint |
| Apr 13 | 48 | **FILED: Supplement and Corrections to Defendant's Answers to Plaintiffs' First Interrogatories** |
| Apr 13 | | **RECEIVED: Record Designation by Plaintiffs and Defendant Re Evidence for Class Determination** |
| Apr 13 | | FILED: Courtreporter's shorthand notes of 4/10/79 |
| Apr 17 | 49 | FILED: Verification of Richard E. Jones, Jr. for pleading #48 |
| Apr 17 | ~~50~~ | RECEIVED: ~~XXXXXX~~ Supplemental & correctionl pages to Union Carbide's brief in opposition to class certifiecation |
| Apr 17 | 50 | ORDER: filing amended complaints & answers to be filed in 20 days & parties designate portions of record for Court to consider re: class certification etc.   Copenhaver |
| Apr 17 | ~~XX~~ | FILED: Courtreporter's shorthand notes of 4/17/79  (Bratton) |
| Apr 19 | 51 | FILED: Supplement to pltffs' brief in reply to defdt's opposition to class certification |
| May 2 | 52 | FILED: Defdt's supplemental answers in response to amendments to pltffz' complnt |
| **1980** | | |
| Apr 11 | 53 | ORDER: Motion for class certification conditionally granted etc, status conference 5/14/80 @ 1:00   Copenhaver  CC to counsel |
| Jun 25 | 54 | ORDER: Status conference, pretrial 8/11/81 @ 1:00, trial 9/22/81 etc  Copenhaver  CC to counsel |

SEE PAGE FOUR (4)

DC-111A REV. (1/75)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-703CH |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1980** Jun 30 | 55 | FILED: Notace of appearance of Belinda S. Morton as counsel for pltffs |
| Sep 11 | 56 | RECEIVED: Defdt's reply memo to pltffs' memo concerning statute of limitations |
| Sep 29 | | RECEIVED: Pltffs' reply brief concerning statute of limitations for their actions brought under 42 USС 1981 |
| Nov 5 | | RECEIVED: Pltffs' memorandum in support of jury trial demand and in suggestion of trial procedure |
| Dec 2 | 57 | FILED: Notice of appearance of visiting attorney Jualian Birnbaum |
| Dec 16 | 58 | RECEIVED: Memorandum in opposition to pltffs' demand for jury trial |
| **1981** Jan 19 | | RECEIVED: Pltffs' reply memorandum in support of demand for jury trial |
| Feb 10 | 58 | MEMORANDUM ORDER: Court holds that the 2 year limitation period set forth in WV Code 55-2-12(b) applies to this action, parties to proceed to notify members of class, as class is defined inp previous order and limited by this order    Copenhaver  CC to counsel |
| Mar 6 | 59 | FILED: Notice of appearance of pltffs' counsel, Julian R. Birnbaum |
| May 22 | 60 | FILED: Notice of change of address of Robert S. Baker, one of counsel for pltffs |
| Jun 1 | 61 | FILED: Pltff's 1st request for production of documents |
| Jun 1 | 62 | FILED: Pltff's second interrogs |
| Jul 20 | 63 | ORDER: Cancelling pre-trial and trial scheduled previously established; pre-trial 11/3/81 @ 1:00, trial 11/16/81 etc.    Copenhaver  CC to counsel |
| **Aug 5** | **64** | **FILED: Update First Interrogatories by defendant** |
| Aug 6 | 65 | FILED: Defdt Union Carbide's answers to second set of interogs with attchments |
| Aug 6 | 66 | FILED: Defdt's response to pltff's request for prodluction of documents |
| Aug 18 | 67 | ORDER: Filing Notice of Class Action & of Rights of Class Members |
| Aug 18 | 68 | FILED: Notice of pendency of Class Action and of Rights of class members |
| Aug 25 | 69 | FILED: Pltffs' 2nd request for production of documents |
| Aug 25 | 70 | FILED: Pltffs' 3rd interrogatories to defdt |
| Aug 27 | 71 | FILED: Pltffs notice of motions |
| Aug 27 | 72 | FILED: Pltffs mtn ti set reasibabke copying charges |
| Aug 27 | 73 | FILED: Pltffs mtn to consolidate |
| Aug 27 | 74 | FILED: Pltffs mtn to compel discovery |
| Aug 27 | | RECEIVED: Pltffs memorandum in support of mtn to compel discovery |

SEE PAGE FIVE (5)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| GERALD TAYLOR et al | UNION CARBIDE | DOCKET NO. 76-0703 |
| | | PAGE 5 OF ___ PAGES |

| DATE 1981 | NR. | PROCEEDINGS |
|---|---|---|
| Sep 3 | 75 | FILED: Request by R. C. Jackson to be excluded from class of pltffs |
| Sep 3 | 76 | FILED: Request by Curtis Allen Brock to be excluded from class of pltffs |
| Sep 3 | 77 | FILED: Affidavit Julian R. Birnbaum |
| Sep 4 | 78 | FILED Request by William E. Holland to be excluded from class of pltffs |
| Sep 8 | 79 | FILED: Request by Charles E. Porter to be excluded from class of pltffs |
| Sep 8 | 80 | FILED: Request by Marcia L. Peaks to be excluded from class of pltffs |
| Sep 10 | 81 | FILED: Pltffs' notice to take depostions of J.M. Zegeer et al |
| Sep 10 | 82 | FILED: Pltffs' notice that mtn to compel discovery and mtn to set reasonable copying charges are set for 9/17/81 @ 1:30 |
| Sep 11 | 83 | FILED: Request by Dennis Reynolds to be excluded from class of pltffs |
| Sep 11 | 84 | FILED: Request by Robert Dean to be excluded from class of pltffs |
| Sep 11 | 85 | FILED: Requetssby by F.B. Racimo to be excluded from class of pltffs |
| Sep 14 | 86 | FILED: Request by Warren J. Breckenridge to be excluded from class of pltffs |
| Sep 14 | 87 | FILED: Request by Herman A. Jones, Jr., to be excluded from class of pltffs |
| Sep 15 | 88 | FILED: Request by Richard Davis to be excluded from class of pltffs |
| Sep 15 | 89 | FILED: Request by Paul O. Crowder to be excluded from class of pltffs |
| Sep 16 | 90 | FILED: Defendant's first request for production of documents |
| Sep 17 | | FILED: Courtreporter's shorthand notes of 9/17/81 (Bratton) |
| Sep 18 | 91 | FILED: Request by J. W. Wesley to be excluded from class of pltffs |
| Sep 18 | 92 | ORDER: Discover deadline reset for 11/9/81, pretrial set 11/16/81 @ 9:30 trial 12/15/81 @ 9:30                    Copenhaver  CC to counsel |
| Sep 21 | 93 | FILED: Request by Nathaniel Acoff, Jr., to be excluded from class of pltffs |
| Sep 23 | 9A | RECEIVED: Pltffs' supplemental memo in support their mtn to compel discovery |
| Sep 28 | 94 | FILED: Defdt's notice to take deposition of John C. Overstreet et al |
| Sep 28 | 95 | FILED: Request by Lemenzo Brooks, Jr., to be excluded from class of pltffs |
| Sep 28 | 96 | FILED: Defdt's 2nd set of interrogs to pltffs |
| Sep 29 | 97 | FILED: Transcript of proceedings before Judge Copenhaver on the 10th and 17th days of April, 1979 |

SEE PAGE SIX (6)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>GERALD TAYLOR et al<br>next pleading is #98 | DEFENDANT<br>UNION CARBIDE | DOCKET NO. 76-0703<br>PAGE 6 OF ___ PAGES |
|---|---|---|

| DATE 1981 | NR. | PROCEEDINGS |
|---|---|---|
| Sep 29 | | RECEIVED: Defdt's reply to pltffs' supplemental memorandum in support of their motion for discovery |
| Sep 29 | 98 | FILED: Calvin E. Lee's reqauest to be excluded from class of pltffs |
| Sep 29 | 99 | ORDER: Granting pltff's motion to compel production of employment and personnell files under certain conditions etc.    Copenhaver   CC to counsel |
| Sep 29 | 100 | ORDER: Pltff's mtn to compel discovery and mtn to set reasonable copuing fees granted as set forth in order and copying fee set at 10¢ per page   CC to counsel    Copenhaver |
| Sep 30 | 101 | FILED: Rodney D. Smoot's reqaest to be excluded from class of pltffs |
| Sep 30 | 102 | FILED: Defdt's mtn to shorten time for answering interrog re pltffs' witnesses |
| Oct 1 | 103 | FILED: Rodney Toler's request fo be excluded from class of pltffs |
| Oct 2 | | FILED: Praecipe; issued 6 sets dep spas in blank behlf defdt |
| Oct 6 | 104 | Alvin L. Cooper, Jr.'s request to be excluded from class of pltffs |
| Oct 6 | 105 | Larnie Boddy, Jr.'s request to be excluded from class of pltffs |
| Oct 7 | 106 | **INTERROGATORIES, THIRD SET, of Defendant to Plaintiff.** |
| Oct 7 | 107 | ORDER (2508): Parties permitted to engage in discovery of the absent class members. (EOD 10/14/81)  cc: attys |
| Oct 8 | 108 | ANSWERS to Pltffs.' Second Request for Production of Documents by Deft. |
| Oct 8 | 109 | ANSWERS to Pltffs.' Third Set of Interrogatories by Deft. |
| Oct 9 | 110 | INTERROGATORIES (fourth set) by pltfs to deft |
| Oct 9 | 111 | MOTION to Extend Time for Notice to Certain Class Members by pltfs' counsel |
| Oct 9 | 112 | MOTION to Dissolve Gag Order Except as to 26 Persons Renotified and Those Having Previously Opted Out of the Class by pltfs' counsel |
| Oct 9 | 113 | REQUEST (third) for Production of Documents by pltfs' |
| Oct 14 | | PRAECIPE filed and issued 1 set dep subp to Roger Wolfe |
| Oct 14 | 114 | NOTICE to Take Deposition of Ronald K. Dickerson by deft |
| Oct 16 | 115 | INTERROGATORIES (4th Set) to pltf from deft |
| Oct 20 | 116 | NOTICE to Take Deposition of Samson Burge, III by deft, Union Carbide; Affidavit of Roger A. Wolfe attached |
| Oct 26 | 117 | SUPPLEMENTAL ANSWER of deft to Intrrg 2f, of Pltfs' 2nd Intrrgs |
| Oct 26 | 118 | ANSWERS of deft to supplemental intrrgs of pltf |
| Nov 2 | 119 | NOTICE to Take Deposition of Michael J. Bush |
| Nov 2 | 120 | NOTICE to Take Deposition of Marshall Hairston |
| Nov 3 | 120a | DEPOSITION of Robert Keith Raper |
| Nov 3 | 120b | DEPOSITION of James Cooke |

SEE PAGE 7

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | DOCKET NO. 76-0703 |
| | | PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1981** | | |
| Nov 4 | 120c | DEPOSITION of Ethrich C. Shipley. |
| Nov 5 | 121 | ANSWER (Supplemental Introgatory) by Deft |
| Nov 6 | 122 | MOTION to Notify Class Members Who Have Not Been Previously Notified, with notice attached, by pltfs. |
| Nov 6 | 123 | INTERROGATORIES (5th) by pltfs. |
| Nov 6 | 124 | REQUEST (3rd) for Production of Documents by pltfs. |
| Nov 10 | 125 | MOTION to Compel Discovery by deft |
| Nov 10 | 126 | ORDER (2508): Consolidating 79-2429 with this action according to motion by pltf (Edward L. Walker). (EOD 11/12/81) cc: atys |
| Nov 12 | 127 | MOTION to Compel Discovery by pltfs with notice attached. |
| Nov 12 | 128 | MOTION to Compel Discovery and for Further Responses by pltfs. |
| Nov 12 | 129 | MOTION to Compel Identification of Attendance Calendars by pltfs. |
| Nov 13 | 130 | MOTION by pltfs to request Court to issue an order prohibiting defts, their agents, and counsel from further telephoning, interviewing or otherwise contacting of class members with notice attached |
| Nov 13 | 131 | ACKNOWLEDGEMENT of Protective Order |
| Nov 13 | 132 | ANSWERS by pltfs' to Deft's Second Set of Interrogatories |
| Nov 13 | 133 | NOTICE to Take Depositions of J.M. Zegeer, E.J. Tawney, D.H. Cook, L.H. Black, B.C. Koenig, R.T. Hill, D.R. Cottrell, J.W. Greenlee, E.C. Shipley. |
| Nov 13 | 134 | RESPONSE by Pltfs' to Deft's Motion to Compel Discovery |
| Nov 16 | 135 | OBJECTION by Deft to Answering Pltfs' Fourth Interrogatories |
| Nov 16 | 136 | MOTION to Decertify by deft, Union Carbide Corporation |
| Nov 18 | 137 | ANSWERS (Supplemental) by Deft to Questions Propounded During R. Keith Raper's Deposition. |
| Nov 18 | 138 | DEPOSITION of Ralph Thomas Hill |
| Nov 18 | 139 | DEPOSITION of Joseph M. Zegeer |
| Nov 18 | 140 | DEPOSITION of Darrell Hayes Cooke |
| Nov 23 | 141 | DEPOSITION of Samson Burge, III |
| Nov 24 | 142 | SUPPLEMENTAL DISCOVERY RESPONSE (by deft) Regarding Complaints of Discrimination |
| Nov 24 | 143 | DEPOSITION of David Roger Cottrell |
| Nov 25 | 144 | MEMORANDUM in Support of Pltfs' Motion to Enjoin Defts from Contacting Class Members by pltffs |
| Nov 27 | 145 | RESPONSES by deft to Pltfs' Motion to Compel Discovery |
| Dec 1 | 146 | REQUEST to Be Excluded From Class of Pltfs by W. F. McClain |
| Dec 1 | 147 | DEPOSITION of Ewuell Jerome Tawney |
| Dec 1 | 148 | DEPOSITION of Michael Ray Lewis |
| Dec 1 | 149 | DEPOSITION of Edward Lewis Walker |
| Dec 1 | 150 | DEPOSITION of Leron Franklin Guthrie |

SEE PAGE EIGHT

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | DOCKET NO. 76-0703 |
| | | PAGE 8 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1981 | | | |
| Dec 1 | 151 | DEPOSITION of Ronald Keith Dickerson | |
| Dec 1 | 152 | DEPOSITION of Joseph L. Kates | |
| Dec 1 | 153 | DEPOSITION of Leron Franklin Guthrie | |
| Dec 3 | 154 | REPLY MEMORANDUM by deft (Union Carbide) in Opposition to Pltfs' Motion to Enjoin Deft from Contacting Class Members | |
| Dec 4 | 155 | ANSWERS (2nd) by Pltfs to Deft's Second Set of Intrrgs | |
| Dec 4 | 156 | SUPPLEMENTAL DISCOVERY RESPONSE by deft (Union Carbide Corporation) | |
| Dec 7 | 157 | DEPOSITION of Marshall Glenn Hairston | |
| Dec 10 | 158 | DEPOSITION of Joseph W. Greenlee | |
| Dec 14 | 159 | REQUEST to be Excluded from Class of Pltfs by Stanford W. Gist, III. | ras |
| Dec 15 | 160 | REQUEST to be Excluded from Class of Pltfs by George R. Brown. | ras |
| Dec 23 | 161 | DEPOSITION of Michael J. Bush, Sr. | ras |
| Dec 23 | 162 | ANSWERS by Pltfs to Deft's 3rd Set of Intrrgs. | ras |
| Dec 23 | 163 | ANSWERS (Supplemental) by Pltfs to Deft's 2nd set of Intrrgs. | ras |
| Dec 23 | 164 | INTERROGATORIES (6th Set), Sixth Request for Production of Documents and Second Request for Admissions by pltfs. | ras |
| Dec 23 | 165 | AFFIDAVIT of Julian R. Birnbaum, with attachment. | ras |
| Dec 24 | 166 | INTERROGATORIES (5th set), Request (4th) for Production of Documents, and Request (1st) for Admissions by pltfs. | ras |
| Dec 28 | 167 | INTERROGATORIES (5th set) and Request (2nd) for Production of Documents by defts. | ras |
| Dec 29 | 168 | MOTION by deft to Clarify Class with attachements and certificate of service. | ras |
| 1982 | | | |
| Jan 8 | 169 | NOTICE to Take Depositions of thirteen individuals. | ras |
| Jan 13 | 170 | NOTICE to Take Deposition of Lester W. Black. | ras |
| Jan 13 | 171 | INTERROGATORIES (6th set) by Deft and Request (1st) for Admissions. | ras |
| Jan 14 | 172 | NOTICE to Take Deposition of Lester W. Black. | ras |
| Jan 15 | 173 | WITHDRAWAL of Demand for Jury Trial by pltfs. | ras |
| Jan 15 | 174 | NOTICE of Filing of Preliminary Report of Pltfs' Expert (Dr. Robert A. Wolfe), with report attached. | ras |
| Jan 22 | 175 | NOTICE to Take Deposition of Anne K. Myers, Walter W. Lewis, and Larnie Boddy, Jr. | ras |

SEE PAGE NINE

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-0703 |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | PAGE 9 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1982** | | | |
| Jan 25 | 176 | MOTION by Deft for Protective Order. | ras |
| Jan 25 | 177 | MOTION by Deft to Compel Discovery. | ras |
| Jan 26 | 178 | NOTICE to Take Deposition of Dwight D. Johnson. | ras |
| Jan 27 | 179 | ANSWERS (Second Supplemental) by Pltfs to Deft's Intrrgs (Second Set). | ras |
| Jan 27 | 180 | ANSWERS (Third Supplemental) by Pltfs to Deft's Intrrgs (Second Set). | ras |
| Jan 27 | 181 | MOTION by Pltfs to Compel Discovery. | ras |
| Jan 27 | 182 | RESPONSE by Pltfs in Opposition to Deft's Motion for Protective Order. | ras |
| Jan 28 | 183 | ORDER (2508): Continuing trial to 02/23/82 @ 9:30 a.m., etc. (EOD 02/01/82) cc: atys | ras |
| Jan 29 | 184 | ANSWERS (4th Supplemental) by Pltfs to Deft's Second Set of Intrrgs. | ras |
| Jan 29 | 185 | ANSWERS by Pltfs to Deft's Fifth Set of Intrrgs and Second Request for Production of Documents. | ras |
| Feb 2 | 186 | NOTICE to Take Deposition of George Flood and Edward Long. | ras |
| Feb 3 | 187 | ANSWERS by Deft, Union Carbide, to Pltfs' Fifth Intrrgs. | ras |
| Feb 3 | 188 | INTERROGATORIES (Sixth Set), REQUEST for Production of Documents (Fifth) and ADMISSIONS (Second Set) by pltfs. | ras |
| Feb 3 | 198 | ANSWERS by Deft, Union Carbide, to Pltfs' Fourth Request for Production of Documents. | ras |
| Feb 3 | 199 | ANSWERS by Deft, Union Carbide, to Pltf's Fifth Set of Intrrgs, Fifth Request for Production of Documents and First Request for Admissions. | ras |
| Feb 9 | 200 | NOTICE to Take Deposition of Alvin Cooper. | ras |
| Feb 11 | 201 | MEMORANDUM ORDER (2508): Directing that deft need not disclose portions of records prepared pursuant to statutory or regulatory requirements which contain self-critical analyses and evaluations; statements of fact and compilation of data within those reports must be disclosed, but only those which relate to the construction department; court declines to make an in camera inspection of documents at this time, leaving compliance with these general guidelines up to the parties; etc. (EOD 02/12/82) cc: atys | ras |
| Feb 12 | 202 | ORDER (2508): Defts to make no further contact with class members except with prior notice to counsel for pltfs; Pltfs to furnish defts info requested in 2nd Intrrgs and 1st Request for Production on/before 02/10/82; Setting deadlines for other responses; Setting discovery deadlines; etc. (EOD 02/17/82) cc: atys | ras |
| Feb 16 | 203 | ANSWER by Deft to Second Supplemental Intrrg. | ras |
| Feb 16 | 204 | ANSWER by Deft to Pltfs' Fourth Intrrgs. | ras |
| Feb 18 | 205 | ANSWER by deft to Third Supplemental Intrrgs. | ras |
| Feb 18 | 206 | ANSWER (Fourth Supplemental) by deft to Pltfs' Third Intrrgs. | ras |

SEE PAGE TEN

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | DOCKET NO. 76-0703 |
| | | PAGE 10 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1982 | | | |
| Feb 19 | 207 | SUPPLEMENTAL RESPONSE by Pltfs to Deft's First Request for Production of Documents. | ras |
| Feb 19 | 208 | ANSWERS by Pltfs to Deft's Sixth Set of Intrrgs and First Request for Admissions. | ras |
| Feb 19 | 209 | ADDITIONAL MEMORANDUM by Pltfs in Support of Its Motion to Compel Discovery. | ras |
| Feb 19 | 210 | ANSWERS (Fifth Supplemental) by Pltfs to Deft's Second Set of Intrrgs. | ras |
| Feb 19 | 211 | MOTION by Pltf to Include Dennis McGhee in Class. | ras |
| Feb 19 | 212 | ACKNOWLEDGEMENT of Protective Order. | ras |
| Feb 19 | 213 | NOTICE to Take Deposition of Raymond J. Hammarth and Marshall Moss. | ras |
| Feb 19 | 214 | RESPONSE by Deft to Order of Production of Tapes and Interviews, with tapes attached. | ras |
| Feb 19 | 215 | DEPOSITION of Harold Wade Harris. | ras |
| Feb 19 | 216 | DEPOSITION of David Michael Edmonds. | ras |
| Feb 19 | 217 | DEPOSITION of Clinton Earl Byrd, Jr. | ras |
| Feb 19 | 218 | DEPOSITION of Anne Katheryn Myers. | ras |
| Feb 19 | 219 | DEPOSITION of Edward Long. | ras |
| Feb 19 | 220 | DEPOSITION of George Willis Flood. | ras |
| Feb 19 | 221 | DEPOSITION of Dwight De Forest Johnson. | ras |
| Feb 19 | 222 | DEPOSITION of Lester Watson Black. | ras |
| Feb 19 | 223 | DEPOSITION of Stanford Novell Erskine. | ras |
| Feb 19 | 224 | DEPOSITION of Donald H. Ferguson. | ras |
| Feb 19 | 225 | DEPOSITION of Aubrey Lee Hairston, Jr. | ras |
| Feb 19 | 226 | DEPOSITION of Arthur Moss. | ras |
| Feb 19 | 227 | DEPOSITION of Ronald Eugene Brown. | ras |
| Feb 23 | 228 | NOTICE to Take Deposition of Roy Breckenridge. | ras |
| Feb 23 | 229 | DEPOSITION of Charles D. Wright. | ras |
| Feb 23 | 230 | DEPOSITION of Donnell Gilliam. | ras |
| Feb 23 | 231 | DEPOSITION of Robert L. Nicholas. | ras |
| Feb 24 | 232 | SUPPLEMENTAL RESPONSE by deft to Court Ordered Production of Documents, with attachments. | ras |
| Feb 26 | 233 | DEPOSITION of John Carl Overstreet. | ras |
| Feb 26 | 234 | DEPOSITION of Walter Wayne Lewis. | ras |
| Mar 1 | 235 | DEPOSITION of Alvin Cooper, Jr. | ras |
| Mar 2 | 236 | DEPOSITION of Marshall Moss. | ras |
| Mar 2 | 237 | DEPOSITION of Raymond Jean Hammarth. | ras |
| Mar 2 | 238 | MEMORANDUM ORDER (2508): Directing defts to disclose named documents to pltfs. (EOD 03/03/82) cc: atys | ras |
| Mar 8 | 239 | RESPONSE by deft to Pltfs' Moton to Add Dennis McGhee to Class. | ras |
| Mar 15 | 240 | DEPOSITION of W. C. Childes. | ras |
| Mar 15 | 241 | DEPOSITION of Leon Major Nicholas. | ras |

SEE PAGE ELEVEN

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-0703 |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | PAGE 11 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1982 | | | |
| Mar 17 | 242 | NOTICE to Take Deposition of Dr. David A. Clayman. | ras |
| Mar 18 | 243 | MOTION by deft for Leave to Resume Deposition of Pltfs' Expert Witness, with certificate of service attached. | ras |
| Mar 19 | 244 | ORDER (2508): Status conference setting trial on merits of action 04/19/82 and status conference 04/18/82 @ 1:30 p.m.; etc. (EOD 04/19/82)  cc: atys | ras |
| Mar 19 | 245 | MOTION by deft to Decertify as to Certain Issues, with exhibits. | ras |
| Mar 23 | 246 | ORDER (2508): Setting further conference 03/24/82 @ 2:00 p.m.; etc. (EOD 03/24/82)  cc: atys | ras |
| Mar 24 | 247 | DEPOSITION of Robert Keith Raper. | ras |
| Mar 24 | 248 | DEPOSITION of George Winslow Henderson, Jr., with exhibits attached. | ras |
| Mar 24 | | COURTREPORTER'S NOTES of 03/24/82. | ras |
| Mar 24 | 249 | INTERROGATORIES (7th set) by Pltfs and REQUEST (6th) for Production of Documents. | ras |
| Mar 24 | 250 | MOTION by pltfs to Include Willie W. Chaney in Class, with proof of service attached. | ras |
| Mar 26 | 251 | DEPOSITION of Robert Allan Wolfe, M.D., with exhibit attached. | ras |
| Mar 29 | 252 | NOTICE to Take Deposition of Dennis McGhee. | ras |
| Mar 30 | 253 | NOTICE to Take Deposition of Jennifer Tygert. | ras |
| Mar 30 | 254 | AUTHORIZATION by pltf (Donald Ferguson) for Release of Medical Records. | ras |
| Mar 30 | 255 | MOTION by pltfs in Limine. | ras |
| Mar 30 | 256 | MOTION by deft for Protective Order, with certificate of service attached. | ras |
| Apr 1 | 257 | ORDER (2508): Directing pltfs to file medical authorization form of Donald Ferguson on/before 03/29/82 with failure to do so resulting in preclusion of any and all medical-related claims at trial. (EOD 04/01/82)  cc: atys | ras |
| Apr 1 | 258 | MOTION by pltfs to Allow Testimony of Clinical Psychologist, Dr. Ronald Brown, with attachment. | ras |
| Apr 1 | 259 | DEPOSITION of Dennis Lee McGhee. PRE-TRIAL HELD 04/02/82 | ras |
| Apr 2 | 260 | MEMORANDUM by Pltfs in Opposition to Deft's Motion to Decertify as to Certain Issues. | ras |
| Apr 2 | --- | COURTREPORTERS NOTES of 11/16/81. | |
| Apr 8 | 261 | REPLY by Deft to Pltfs' Motion in Limine. | ras |
| Apr 8 | 262 | MOTION in Limine by Deft. | ras |
| Apr 9 | 263 | NOTICE of Change of Address of Pltf's Counsel, Robert S. Baker. | ras |
| Apr 9 | 264 | SUMMARY of Proposed Testimony of Ronald R. Brown, Ph.D. | ras |
| Apr 9 | 265 | RESPONSE by Pltfs to Deft's Motion in Limine. | ras |
| Apr 9 | 266 | MOTION by Pltfs in Limine. | ras |
| Apr 14 | 267 | RESPONSE by Pltfs to Deft's Motion for Protective Order and Motion to Compel Discovery. | ras |

SEE PAGE 12

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-0703 |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | PAGE 12 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1982 | | PRE-TRIAL HELD 04/16/82 | |
| Apr 16 | 268 | ERRATTA SHEETS as to deposition of Ray Hammarth. | ras |
| Apr 16 | 269 | SIGNATURE PAGE as to deposition of John C. Overstreet. | ras |
| Apr 16 | 270 | SUPPLEMENTAL DOCUMENT LIST by deft. | ras |
| Apr 20 | 271 | SUPPLEMENTAL MOTION in Limine by Pltfs. | ras |
| Apr 20 | 272 | MOTION by pltfs to Allow Named Pltfs and Class Members to Attend Trial. | ras |
| Apr 21 | 273 | ADDITIONAL WITNESSES for Deft. | ras |
| Apr 22 | 274 | ANSWERS by Deft to Pltfs' 7th Set of Intrrgs and 6th Request for Production of Documents. | ras |
| Apr 22 | 275 | RESPONSE by Deft to Pltfs' Motion in Limine, with attachments. | ras |
| Apr 23 | 276 | MEMORANDUM by Deft in Support of Motion to Sequester Witnesses and in Opposition to Pltfs' Motion to Allow Named Pltfs and Class Members to Attend Trial. | ras |
| Apr 23 | 277 | ORDER (2508): Directing Clerk to make available to deft for inspection and copying the jury questionnaires prepared for the present petit jurors. (EOD 04/26/82) | ras |
| Apr 26 | 278 | REPLY by Pltfs to Deft's Memorandum in Support of Its Motion to Sequester Witnesses. | ras |
| Apr 27 | 279 | DEPOSITION of Ronald R. Brown. | ras |
| May 6 | 280 | **DEPOSITION of Marvin Monte Honeycutt** | |
| May 11 | 281 | FINAL REPORT of Deft prepared by Hoffman Research Associates, Inc. | ras |
| May 14 | 282 | FINAL REPORT of Pltfs prepared by Dr. Robert A. Wolfe. | ras |
| May 19 | 282a | SEALED LETTER re settlement negotiations. | ras |
| May 24 | --- | COURTREPORTER'S NOTES of 04/12/82. | ras |
| May 24 | --- | COURTREPORTER'S NOTES of 04/15/82. | ras |
| May 25 | 283 | SEALED LETTER re settlement negotiations. | ras |
| May 25 | 284 | MOTION of defendant for trial date | amd |
| May 25 | 285 | DEMAND FOR JURY TRIAL by defdt | amd |
| May 25 | --- | COURTREPORTER'S NOTES of 04/21/82 (Estes). | ras |
| May 26 | --- | STENOTYPE NOTES of courtreporter of 5/26/82 before Judge Knapp | amd |
| June 1 | 286 | NOTICE to Take Deposition of Tony C. Majestro, M.D. | ras |
| June 10 | 287 | INTERROGATORIES by Pltf Regarding Deft's Expert Witness John H. Cornehlsen. | ras |

SEE PAGE THIRTEEN

SEE PAGE THIRTEEN

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 76-0703 |
|---|---|---|
| GERALD TAYLOR, et al | UNION CARBIDE | PAGE 13 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1982 | | | |
| July 22 | 288 | NOTICE of Settlement and Hearing. | ras |
| July 22 | 289 | ORDER (2508): Tentatively approving proposed settlement as set forth in the Agreement of Settlement; etc. (EOD 07/27/82) cc: atys | ras |
| July 22 | --- | COURTREPORTER'S NOTES of 07/22/82 (Berg). | ras |
| July 23 | 290 | VERIFICATION of Mailing of Notice of Settlement and Hearing, with certified mail receipts attached. | ras |
| Aug 16 | 291 | LETTER from Gail Falk (Pltf's Counsel) to Judge Copenhaver dated 05/19/82 concerning settlement negotiations. | ras |
| Aug 16 | 292 | LETTER from David D. Johnson (Deft's Counsel) to Judge Copenhaver dated 05/24/82 concerning settlement negotiations. | ras |
| Aug 16 | 293 | NOTICE by Pltf of Final Report of Statistical Expert. | ras |
| Aug 16 | 294 | FINAL REPORT by Deft prepared by Hoffmann Research Associates, Inc. | ras |
| Aug 16 | 295 | SETTLEMENT AGREEMENT by Parties. | ras |
| Aug 16 | 296 | FINAL ORDER AND JUDGMENT (2508): Outlining settlement agreement; directing Clerk to remove action from the docket of the Court; etc. (EOD 08/18/82) cc: atys | ras |
| Aug 16 | 297 | MOTION by Pltfs for Award of Attys' Fees and Costs, with certificate of service attached. | ras |
| Aug 16 | 298 | AWARD of Attys' Fees and Costs (cc: atys) | ras |
| Aug 16 | --- | COURTREPORTER'S NOTES of 08/16/82 (Preston). | ras |
| | | CLOSED | |
| Sep 10 | 299 | MOTION by Theodore R. Dues, Jr. to Withdraw as Counsel of Record. | ras |
| Sep 17 | 300 | ORDER (2508): Granting Theodore R. Dues, Jr. leave to withdraw as counsel of record. (EOD 09/21/82) cc: atys | ras |
| Dec 20 | 301 | MOTION by Julian Birnbaum to Withdraw as Counsel of Record for Pltfs, with certificate of service attached. | ras |
| Dec 21 | 302 | ORDER (2508): Granting Julian R. Birnbaum leave to withdraw as counsel of record. (EOD 12/28/82) cc: atys | ras |
| 1983 | | | |
| Mar 2 | --- | COURTREPORTER'S NOTES of 01/29/82 (Bratton). | ras |
| Mar 2 | --- | COURTREPORTER'S NOTES of 02/11/82 (Bratton). | ras |
| July 20 | 303 | NOTICE of Disposition of Depositions | mdr |
| Aug 18 | 304 | LETTER from counsel for deft dated 08/18/83 in re second report generated pursuant to settlement agreement, with said report attached. | ras |
| 1985 | | | |
| Sept 18 | 305 | NOTICE of Disposition of Exhibits | mdr |